**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **PATRICIA A. EASON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 7:09-CV-115 (HL) |
| | : | |
| **BERRIEN COUNTY** | : | |
| **SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant.** | : | |

_____

**ORDER**

On September 23, 2009, Plaintiff, Patricia A. Eason, filed a lawsuit against the Berrien County Board of Education, alleging that she had been discriminated against on the basis of her age, race, and disability, and had been retaliated against, all in violation of Title VII, 42 U.S.C. § 2000e, *et seq.* The Board of Education subsequently filed a Motion to Dismiss. In response, and as allowed by Federal Rule of Civil Procedure 15, Plaintiff filed her First Amended Complaint on February 17, 2010.

Because the First Amended Complaint supersedes the original complaint, the amended complaint is now the operative complaint. Malowney v. Fed. Collection Deposit Group, 193 F.3d 1342, 1345 n. 1 (11th Cir. 1999). As the pending Motion to Dismiss (Doc. 4) pertains to the original complaint, it is denied as moot.

**SO ORDERED**, this the 29th day of March, 2010.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh